UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:                                    )          BK No.:    24-00906
Kwok L Wong                               )
                                          )          Chapter: 13
                                          )
                                          )          Honorable Deborah L. Thorne
                                          )
                                          )
              Debtor(s)                   )

**ORDER GRANTING MOTION TO DISMISS FOR UNREASONABLE DELAY AND
FAILURE TO MAKE PLAN PAYMENTS**

        This matter coming before the court on the trustee's motion to dismiss, IT IS HEREBY
ORDERED:

1. The motion is granted.  The case is dismissed.

                                                Enter:

                                                Honorable Deborah L. Thorne
                                                United States Bankruptcy Judge

Dated:  April 04, 2024

**Prepared by:**

Glenn Stearns Chapter 13 Trustee

801 Warrenville Road, Suite 650

Lisle, IL 60532-4350

(630-981-3888)